E-FILED
Monday, 18 May, 2026 01:19:53 PM
Clerk, U.S. District Court, ILCD
FILED


**SEALED**

APR 07 2026

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

UNITED STATES OF AMERICA,               )
                                          )
        Plaintiff,                      )
                                           )
        vs.                             )     Case No. 26-CR-20019
                                           )
TRENTON JOHNSON                         )
(A.K.A. "TJ"),                          )
MONTEZ ROBERTSON, KAREEN                )
SUMMERS, AND BENJAMIN                    )
HILLSMAN,                               )
                                           )
        Defendants.                     )

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Conspiracy to Distribute and Possess with Intent
### to Distribute Controlled Substances)

From on or about January 30, 2026, and continuing through at least February 6,

2026, in Vermilion County, in the Central District of Illinois, and elsewhere,

**TRENTON JOHNSON**
**(A.K.A. "TJ"),**
**MONTEZ ROBERTSON,**
**KAREEN SUMMERS, and**
**BENJAMIN HILLSMAN,**

defendants herein, did knowingly and intentionally combined, conspired, and agreed

with persons known and unknown to the grand jury to commit certain acts in violation

of Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally

distribute and possess with intent to distribute controlled substances:

To Wit:

1) more than fifty grams of methamphetamine (actual) a schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(A).

2) less than one hundred kilograms of marijuana a schedule III controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### SPECIAL FINDINGS

1. In connection with the offense set forth in Count One of this Indictment, the following factors are relevant to determining the sentence of the defendant, **BENJAMIN HILLSMAN**, pursuant to Title 21, United States Code, Section 851.

   a. On or about July 24, 2015, the defendant was convicted in Vermilion County (Illinois) Circuit Court case number 2013-CF-473 of the offense of Manufacture/Delivery of Cannabis, a Serious Drug Felony offense, and, as a result, the defendant (a) faced a maximum term of imprisonment of ten years or more; (b) served a term of imprisonment of more than 12 months; and (c) was released from imprisonment within 15 years of the commencement of the offense alleged in Count One of this Indictment.



A T

FOREPERSON

redacted

GREGORY M. GILMORE

2

Acting United States Attorney
TJS